ADELAIDE JOSEPH, Appellant, *v.* HORN & HARDART COMPANY, Respondent.

Submitted January 10, 1941; decided January 24, 1941.

*Daniel J. Riesner* and *Julian Jawitz* for appellant.

*H. H. Brown* and *E. C. Sherwood* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground that a question of fact as to defendant's negligence was presented. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J.